# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

JOSE DAVID BONILLA,

                    Defendant.

Case No. 17CR1640-BEN

## JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- ☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or
- ☐ the Court has dismissed the case for unnecessary delay; or
- ☒ the Court has granted the motion of the Government for dismissal, without prejudice; or
- ☐ the Court has granted the motion of the defendant for a judgment of acquittal; or
- ☐ a jury has been waived, and the Court has found the defendant not guilty; or
- ☐ the jury has returned its verdict, finding the defendant not guilty;
- ☒ of the offense(s) as charged in the Information:

    8:1326(a)(b)

Dated: 10/31/2017

Hon. Jan M. Adler
United States Magistrate Judge